FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

2012 DEC 20  AM 10: 30

FOR THE NORTHERN DIST
OF INDIANA

JOSEPH A. RIDGEWAY, M.D.,         )
                                  )
        Plaintiff,                )
                                  )
    v.                            ) CAUSE NO.:  4 : 1 2 C V 0 0 7 8
                                  )
LAFAYETTE RADIOLOGY, LLC,         )
                                  )
        Defendant.                )

## COMPLAINT AND DEMAND FOR JURY TRIAL

1.      Plaintiff, Joseph A. Ridgeway, M.D. ("Ridgeway"), brings this action against

Defendant, Lafayette Radiology, LLC ("Defendant"), for unlawfully violating his rights as protected

by the Americans With Disabilities Act ("ADA").

### PARTIES

2.      Ridgeway has resided within the State of Ohio at all relevant times.

3.      Defendant is a corporation doing business within the Northern District of Indiana.

### JURISDICTION AND VENUE

4.      Jurisdiction is conferred on this Court by 28 U.S.C. § 1331; 42 U.S.C. § 1988; and

42 U.S.C. § 12117.

5.      Ridgeway is a "person" within the meaning of 42 U.S.C. § 12111(7).

6.      Defendant is an "employer" within the meaning of 42 U.S.C. § 12111(5)(A).

7.      Ridgeway is a qualified individual with a disability, has a record of a disability, and/or

was regarded as disabled by Defendant.

8.      Ridgeway satisfied his obligations to exhaust his administrative remedies, having

timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission. The

EEOC issued a "Dismissal and Notice of Rights" to Ridgeway. He now timely files his lawsuit.

9.     Venue is proper in this Court.

## FACTUAL ALLEGATIONS

10.     Ridgeway is a recovering alcoholic.

11.     In 2005 and 2006, Ridgeway attended and successfully completed two rehabilitation and treatment programs.

12.     As a result of and arising from his disability, Ridgeway's medical license was temporarily suspended and ultimately reinstated in or about November 2007.

13.     In or about April 2012, Ridgeway submitted his curriculum vitae for a Radiologist position to Defendant.

14.     Ridgeway interviewed with Defendant on or about May 7, 2012.

15.     On or about May 10, 2012, Teresa Mitchell ("Mitchell"), Defendant's Executive Director, contacted Ridgeway to inform him that an employment offer and contract were being sent to him.

16.     Before extending the employment offer to Ridgeway, Defendant did not ask him about his prior licensure history.

17.     Ridgeway initially received, reviewed, signed, and returned the offer letter to Defendant.

18.     Ridgeway then reviewed the employment contract. He determined that Paragraph 1.7.3 of the contract required modification or elimination.

19.     Paragraph 1.7.3 provides, in pertinent part: "Physician represents as follows: . . .Physician's license to practice in any other state or territory has never been terminated, revoked,

-2-

suspended, restricted or limited nor has Physician been placed on probation by any medical licensing board."

20.     Because his license was previously suspended, he contacted and informed Mitchell on or about May 21, 2012, that this provision needed to be modified or eliminated because of his disability.  He explained why the provision needed to be modified or eliminated.  He told her his license had been suspended because of his disability and he had been in recovery for alcohol as a result thereof.

21.     Ridgeway's request constituted a reasonable accommodation under the ADA.

22.     Defendant rejected Ridgeway's request for a reasonable accommodation without engaging in the interactive process with him.

23.     Mitchell responded she did not believe it would be a problem, but she would speak with Dr. Robert Mehl, Defendant's Medical Director.  Mitchell told Ridgeway that the word "recovery" was more worrisome than having had a DUI.

24.     On or about May 22, 2012, Mitchell advised Ridgeway that Paragraph 1.7.3 would not be changed or eliminated and that the employment offer was being rescinded.

25.     At no time on or before May 22, 2012, did Defendant contact Franciscan St. Elizabeth Hospital about modifying or eliminating Paragraph 1.7.3 with regard to Ridgeway.

26.     Defendant rescinded the employment offer and refused to hire Ridgeway because of his disability, record of a disability, and/or its perception of him being disabled.

27.     On information and belief, Defendant hired a non-disabled Radiologist for the position Ridgeway was originally hired.

28.     All reasons proffered by Defendant for adverse actions taken by it regarding

-3-

Ridgeway are pretextual.

29.    Ridgeway has suffered injury as a result of Defendant's unlawful actions.

## DISABILITY DISCRIMINATION – ADA

30.    Ridgeway hereby incorporates paragraphs 1-29 of his Complaint.

31.    Defendant refused to ultimately hire Ridgeway based on his disability, record of a disability, and/or its perception of him being disabled.

32.    Ridgeway requested a reasonable accommodation.

33    Defendant did not provide a reasonable accommodation to Ridgeway

34.    Defendant's unlawful actions were intentional, willful, and done in reckless disregard of Ridgeway's rights as protected by the ADA.

## REQUESTED RELIEF

WHEREFORE, Plaintiff, Joseph A. Ridgeway, M.D., by counsel, respectfully requests that this Court find for him and order that:

1.    Defendant instate Ridgeway to the same position, salary, and seniority, or pay front pay and benefits to him in lieu of instatement;

2.    Defendant pay lost wages and benefits to Ridgeway;

3.    Defendant pay compensatory and punitive damages to Ridgeway;

4.    Defendant pay pre- and post-judgment interest to Ridgeway;

5.    Defendant pay Ridgeway's attorneys' fees and costs incurred in litigating this action; and

6.   Defendant pay to Ridgeway any and all other legal and/or equitable damages that this

Court determines appropriate and just to grant.

Respectfully submitted,

John H. Haskin, Attorney No. 7576-49
Bradley L. Wilson, Attorney No. 21154-49

Attorneys for Plaintiff
Joseph A. Ridgeway, M.D.

JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana  46204
Telephone:    (317)955-9500
Facsimile:     (317)955-2570
Email:          jhaskin@hlllaw.com
                    bwilson@hlllaw.com

## DEMAND FOR JURY TRIAL

Plaintiff, Joseph A. Ridgeway, M.D., by counsel, respectfully requests a jury trial for all

issues deemed triable.

Respectfully submitted,

John H. Haskin, Attorney No. 7576-49
Bradley L. Wilson, Attorney No. 21154-49

Attorneys for Plaintiff
Joseph A. Ridgeway, M.D.

JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana  46204
Telephone:    (317)955-9500
Facsimile:     (317)955-2570